IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| OLDCASTLE APG SOUTH, INC., <br><br> Plaintiff, <br><br> v. <br><br> TECHO-BLOC USA CORP., TECHO-BLOC CORP., TECHO-BLOC MIDWEST CORP., TECHO-BLOC (NE) CORP., and PLANT RETRIEVERS WHOLESALE NURSERY, LLC, <br><br> Defendants. | C.A. No. 16-111-GMS |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1) of the Rules of Civil Procedure, IT IS HEREBY STIPULATED AND AGREED, by and between plaintiff OldCastle APG South, Inc. ("Plaintiff") and defendants Techo-Bloc USA Corp., Techo-Bloc Corp., Techo-Bloc Midwest Corp., Techo-Bloc (NE) Corp., and Plant Retrievers Wholesale Nursery, LLC (collectively, "Defendants"), through their undersigned counsel, that

(i) this action, and all claims and defenses asserted therein, is DISMISSED WITH PREJUDICE; and

(ii) the parties shall bear their own costs and attorneys' fees.

Dated: September 29, 2016

| | |
|---|---|
| */s/ Megan C. Haney* | */s/ Francis DiGiovanni* |
| John C. Phillips, Jr. (#110) | Francis DiGiovanni (#3189) |
| Megan C. Haney (#5016) | DRINKER BIDDLE & REATH LLP |
| PHILLIPS, GOLDMAN, McLAUGHLIN & HALL, P.A. | 222 Delaware Avenue, Suite 1410 |
| 1200 North Broom Street | Wilmington, DE 19801 |
| Wilmington, DE 19806 | (302) 467-4200 |
| (302) 655-4200 | francis.digiovanni@dbr.com |
| jcp@pgmhlaw.com | |
| mch@pgmhlaw.com | *Attorneys for Defendants Techo-Bloc USA Corp., Techo-Bloc Corp., Techo-Bloc Midwest Corp., Techo-Bloc (NE) Corp., and Plant Retrievers Wholesale Nursery, LLC* |
| *Attorneys for Plaintiff OldCastle APG South, Inc.* | |

SO ORDERED this 20th day of SEP, 2016.

_____
The Honorable Gregory M. Sleet
United States District Judge